## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| SCOTT WHITE, ) | |
| ) | |
| Plaintiff, ) | **Civil Action No**: 6:17-cv-00793-RFD-CBW |
| ) | |
| v. ) | **Judge**: Judge Rebecca F Doherty |
| ) | |
| FIRST NATIONAL BANK OF OMAHA, ) | |
| ) | |
| Defendant. ) | |

### **STIPULATION TO DISMISS**

Plaintiff, SCOTT WHITE, and Defendant, FIRST NATIONAL BANK OF OMAHA through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

SCOTT VICKNAIR, HAIR & CHECKI, LLC                TAGGART MORTON, LLC

By: ___Samuel J. Ford___                By: ___Perry R. Staub, Jr.___
    Samuel J. Ford, #36081                    Perry R. Staub, Jr.
    Scott, Vicknair, Hair & Checki, LLC                    Taggart Morton, LLC
    909 Poydras Street, Suite 1100                    1100 Poydras Street, Suite 2100
    New Orleans, LA 70112                    New Orleans, LA 70163
    Phone: 504-684-5200                    Phone: 504-599-8500
    Email: ford@svhclaw.com                    Email: pstaub@taggartmorton.com
    Attorney for Plaintiff,                    Attorney for Defendant,
    SCOTT WHITE                    FIRST NATIONAL BANK OF OMAHA

| | |
|---|---|
| AGRUSS LAW FIRM, LLC | LAW OFFICES OF CORY J. ROONEY |
| By: /s/ James J. Parr | By: /s/ Cory J. Rooney |
| James J. Parr | Cory J. Rooney |
| Agruss Law Firm, LLC | Law Office of Cory J Rooney |
| 4809 N. Ravenswood, Suite 419 | P O Box 382 |
| Chicago, IL 60647 | Omaha, NE 68101 |
| Phone: 312-224-4695 | Phone: 402-933-9865 |
| Email: Email: james@agrusslawfirm.com | Email: rooneylaw@outlook.com |
| Attorney for Plaintiff, | Attorney for Defendant, |
| SCOTT WHITE | FIRST NATIONAL BANK OF OMAHA |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

On March 19, 2018, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/ James Parr
James Parr